UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERIC A. WILLIAMS,

                Plaintiff,        Case No.: 2:10-cv-12986-PJD-PJK

v                                    Hon. Patrick J. Duggan, Presiding
                                    Hon. Paul J. Komives, Referral

ETHICON, INC., a Foreign Corporation,
UNITED STATES SURGICAL CORPORATION,
a Foreign Corporation, COVIDIEN, INC., a Foreign
Corporation, and TELEFLEX MEDICAL
INCORPORATED, a Foreign Corporation,

                Defendants.
_____/

| | |
|---|---|
| Gregory E. Schultz (P37443) | Thomas J. Foley (P31111) |
| GREGORY E. SCHULTZ | Kim J. Sveska (P46303) |
| Attorney for Plaintiff | FOLEY BARON & METZGER, PLLC |
| 230 North Ave., Suite 11 | Attorneys for Ethicon, Inc. |
| Mount Clemens, MI 48043-1793 | 38777 Six Mile Rd., Suite 300 |
| P: (586) 307-3917 / F: (586) 307-3918 | Livonia, MI 48152-2660 |
| hailtomichigan@sbcglobal.net | P: (734) 742-1800 / F: (734) 521-2379 |
| | tfoley@fbmlaw.com |
| Michael D. Moeller | ksveska@fbmlaw.com |
| SHOOK HARDY & BACON, LLP | |
| Attorney for US Surgical & Covidien | Peter M. Alter (P10145) |
| 2555 Grand Blvd. | Mark G. Cooper (P52657) |
| Kansas City, MO 64108-2613 | JAFFE RAITT HEUER & WEISS, PC |
| P: (816) 474-6550 / F: (816) 421-5547 | Attorneys for Teleflex Medical, Inc. |
| mmoeller@shb.com | 27777 Franklin Rd., Suite 2500 |
| | Southfield, MI 48034-8222 |
| Herbert C. Donovan (P51939) | P: (248) 351-3000 / F: (248) 351-3082 |
| Matthew H. Letzmann (P66269) | palter@jaffelaw.com |
| BROOKS WILKINS SHARKEY | mcooper@jaffelaw.com |
|     & TRUCO, PLLC | |
| Attorneys for US Surgical & Covidien | |
| 401 S. Old Woodward Ave., Ste 400 | |
| Birmingham, MI  48009-6613 | |
| P: (248) 971-1720 / F: (248) 971-1801 | |
| donovan@bwst-law.com | |
| letzmann@bwst-law.com | |

_____/

**Stipulated Order of Dismissal**

1

At a session of court held in the courthouse in the City of Detroit, County of Wayne, State of Michigan on: August 8, 2011.

Present:   Honorable Patrick J. Duggan
U.S. District Court Judge

The parties having stipulated to entry of this order of dismissal, and the court has considered the matter.

IT IS ORDERED that this action is dismissed in its entirety with prejudice and without costs or attorneys' fees.


s/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated: August 8, 2011
I hereby certify that a copy of the foregoing document was served upon counsel of record on Monday, August 08, 2011, by electronic and or ordinary mail.

s/Marilyn Orem
Case Manager